# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Glenn L. Stark, | ) | |
| | ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| DAL Global Services, LLC, | ) | |
| | ) | Case No. 1:20-cv-223 |
| Defendant. | ) | |

A mid-discovery status conference will be held before the magistrate judge on September 1, 2021, at 9:00 AM.  The conference will be conducted via telephone conference.  To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 3rd day of March, 2021.

>	/s/ Clare R. Hochhalter
>	Clare R. Hochhalter, Magistrate Judge
>	United States District Court